```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

KEITHON EARL BOGAN                                          PLAINTIFF

       v.                Civil No. 11-5010

FAYETTEVILLE POLICE DEPARTMENT;
POLICE OFFICER T. SHEPHERD;
POLICE OFFICER B. POTTER; and
PROSECUTING ATTORNEY JOHN THREET                           DEFENDANTS

### ORDER

Now on this 16th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #3), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #3) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's IFP application is denied and the complaint is dismissed. The claims asserted are frivolous, fail to state claims upon which relief may be granted, are asserted against individuals immune from suit, or are not presently cognizable. 28 U.S.C. § 1915A(b). The dismissal of this case will count as a strike under the provisions of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). The clerk is directed to enter a § 1915(g) strike flag on the case.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE